NUNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**FIRST BANK OF BEVERLY HILLS**, a
California corporation,

    Plaintiff,

vs.

**STEWART TITLE GUARANTY COMPANY**,
a Texas corporation; **TRANSWORLD TITLE
COMPANY, LLC**, a Michigan limited
liability company; and **DOUGLAS S.
PROCTOR**, an individual,

    Defendants.

Case No.: 07-14227
HON. DENISE PAGE HOOD
MAGISTRATE JUDGE VIRGINIA M. MORGAN
STIPULATED ORDER DISMISSING PLAINTIFF'S
COMPLAINT AGAINST DEFENDANTS AND
DISMISSING DEFENDANT/CROSS-PLAINTIFF'S
CROSS-CLAIM AGAINST CROSS-DEFENDANT
DEFENDANT WITHOUT PREJUDICE AND
WITHOUT COSTS TO ANY PARTY

---

**STEWART TITLE GUARANTY COMPANY**,
a Texas corporation,

    Defendant/Cross-Plaintiff,

v.

**TRANSWORLD TITLE COMPANY, LLC**,
a Michigan limited liability company,

    Defendant/Cross-Defendant.

---

**SEAN M. WALSH** (P48724)
**ELIZABETH A. FAVARO** (P69610)
Attorneys for Plaintiff
GIARMARCO, MULLINS & HORTON, P.C.
Tenth Floor Columbia Center
101 West Big Beaver Road
Troy, Michigan 48084-5280
☎(248) 457-7000

**ARI M. CHARLIP** (P57285)
**AMY L. GOTTLIEB** (P67020)
Attorneys for Defendant/Cross-Plaintiff
Stewart Title Guaranty Company
REDMAN CHARLIP, PLLC
40900 Woodward Avenue, Suite 250
Bloomfield Hills, Michigan 48304
☎(248) 594-5959

**JOHN A. KULLEN** (P36800)
**BRIAN B. BROWN** (P62733)
Attorneys for Defendants/Cross-Defendant
Transworld Title Company, LLC; and
Douglas S. Proctor
KULLEN & KASSAB, PC

7125 Orchard Lake Road, Suite 301
West Bloomfield, Michigan 48322
☎(248) 538-2200

# STIPULATED ORDER DISMISSING PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS AND DISMISSING DEFENDANT/CROSS-PLAINTIFF'S CROSS-CLAIM AGAINST CROSS-DEFENDANT WITHOUT PREJUDICE AND WITHOUT COSTS TO ANY PARTY

At a session of said Court held in Detroit on:
March 7, 2008

PRESENT: HON. DENISE PAGE HOOD
U.S. District Court Judge

This matter having come before this Court on the stipulation of the parties, and the Court being otherwise fully advised in the premises;

**IT IS ORDERED** that Plaintiff's complaint as to Defendants Stewart Title Guaranty Company, Transworld Title Company, LLC, and Douglas Proctor, and Defendant/Cross-Plaintiff's cross-claim against Defendant/Cross-Defendant Transworld Title Company, LLC be, and hereby are, dismissed without prejudice and without costs to any party.

This is a final order and closes the case, subject to the terms of the parties' Tolling Agreement.

S/DENISE PAGE HOOD
HON. DENISE PAGE HOOD
U.S. District Court Judge

  s/Elizabeth A. Favaro
ELIZABETH A. FAVARO (P69610)
Attorney for Plaintiff
GIARMARCO, MULLINS & HORTON, P.C.
Tenth Floor Columbia Center
101 West Big Beaver Road
Troy, Michigan 48084-5280
☎(248) 457-7000
E-M:  efavaro@gmhlaw.com



  s/John A. Kullen
JOHN A. KULLEN (P36800)
Attorney for Defendants/Cross-Defendant
Transworld Title Company, LLC; and
Douglas S. Proctor
KULLEN & KASSAB, PC
7125 Orchard Lake Road, Suite 301
West Bloomfield, Michigan 48322
☎(248) 538-2200
E-Mail:  jkullen@k2lawyers.com



  s/Ari M. Charlip
ARI M. CHARLIP (P57285)
Attorney for Defendant/Cross-Plaintiff
Stewart Title Guaranty Company
REDMAN CHARLIP, PLLC
40900 Woodward Avenue, Suite 250
Bloomfield Hills, Michigan  48304
☎(248) 594-5959
E-Mail:  acharlip@redmancharlip.com